IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
MAY 08 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| BRIAN SALONEN, | CV 18–119–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JACKSON NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Brian Salonen has moved unopposed under Federal Rule of Civil Procedure 15(a) to amend his First Amended Complaint by withdrawing his negligence claim (Count II). Defendant Jackson National Life Insurance has consented to the amendment in writing. Accordingly,

IT IS ORDERED that Plaintiff's motion (Doc. 14) is GRANTED. Count II of the First Amended Complaint is dismissed with prejudice per Plaintiff's motion and Defendant's consent.

DATED this 8th day of May, 2019.

Donald W. Molloy, District Judge
United States District Court